**Order filed August 23, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00626-CV

_____

### PANUNCIO COLORADO, Appellant

### V.

### PHUONG LUU AND THANH TAT, Appellee

**On Appeal from the County Court at Law No 1
Travis County, Texas
Trial Court Cause No. C-1-CV-17-011359**

## ORDER

This is an appeal from a judgment signed May 31, 2018. The notice of appeal was filed June 28, 2018.[1] The clerk's record was due July 30, 2018. On July 31, 2018, we notified the Travis County Clerk that the clerk's record had not been timely filed with this court and requested that the record be filed by August 15, 2018. No

---

[1] The appeal was assigned to the Third Court of Appeals, then transferred to this court on July 27, 2018, by order of the Supreme Court of Texas.

response has been received.

Accordingly, we **ORDER** the Travis County Clerk to file the clerk's record by **September 7, 2018**.

PER CURIAM